IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-211-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MENDOZA-CRUZ' PERSONAL PROPERTY SPECIFICALLY DESCRIBED AS: A HI POINT MODEL 995 RIFLE, SERIAL NUMBER B55931; TWELVE (12) ROUNDS 9MM AMMUNITION; ONE (1) 9MM MAGAZINE; ONE (1) GUN CASE; AND ONE (1) NC STAR RIFLE SCOPE, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 16th day of September, 2014.

JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina

1